# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>MITCHELL PULIDO,<br><br>　　Defendant | Case No.: 2:11-cr-00102-APG-CWH<br><br>**Order Denying Renewed Motion to Vacate**<br><br>[ECF No. 88] |

　　In light of the parties' joint status report (ECF No. 97),

　　I ORDER that defendant Mitchell Pulido's renewed motion to vacate under 28 U.S.C. § 2255 **(ECF No. 88) is DENIED as moot**.

　　DATED this 12th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE